## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SHAWN MILLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) |
| vs. | )        CASE NO.    13-768-SCW |
| | ) |
| MICHAEL P. ATCHISON, LUCAS T. MAUE, | ) |
| SCOTT STEWART and JAMES BROWN, | ) |
| | ) |
| Defendant(s). | ) |

## JUDGMENT IN A CIVIL CASE

Defendant MICHAEL ATCHISON was granted summary judgment on October 6, 2015, by an Order entered by Chief Judge Michael J. Reagan (Doc. 82).

The remaining issues came before this Court for jury trial.    The issues have been tried and the jury has rendered its verdict (Doc. 140) in favor of Defendants Lucas T. Maue, Scott Stewart and James Brown and against Plaintiff Shawn Miller.

THEREFORE, judgment is entered in favor of Defendants **MICHAEL P. ATCHISON, LUCAS T. MAUE, SCOTT STEWART** and **JAMES BROWN** and against Plaintiff **SHAWN MILLER.**

Plaintiff shall take nothing from this action.

The Plaintiff should take notice of the fact that he has 28 days from the date of this judgment for filing a motion for new trial or motion to amend or alter judgment under Rule 59(b) or (e) of the Federal Rules of Civil Procedure.    These deadlines for motions under Rule 59 cannot be extended by the Court.    The Plaintiff should also note that he has 30 days from the date of this judgment to file a notice of appeal.    This period can only be extended if excusable neglect or good cause is shown.

**DATED** this 1st day of February, 2017

**JUSTINE FLANAGAN, ACTING CLERK**

BY: */s/ Angela Vehlewald*
        **Deputy Clerk**

Approved by___*/s/ Stephen C. Williams*_____
                **United States Magistrate Judge**
                        **Stephen C. Williams**